# United States Bankruptcy Court
## District of Utah
Frank E. Moss United States Courthouse
350 South Main Street
Salt Lake City, UT 84101

Deneen Nunn  
Financial Department

Telephone:  
(801) 524-6682

October 27, 2014

Brian Dilks  
Dilks & Knopik, LLC  
35308 SE Center St  
Snoqualmie, WA 98065

Re: **Unclaimed funds Request for Case # 10-37944 (Kevin P. And Laurie P. Jewkes)**  
To Whom it May Concern:

I am in receipt of your request for unclaimed funds in the above-referenced case. In order to process your request, please provide the following to the court:

- A signed Declaration of Social Security or Tax Id Number and legal proof of same by PCN Bank.

- Current government ID of Larry W. Stockmyer with only the last 4 digits of the ID and the birth month and date redacted.

- Notarized authorization of Larry W. Stockmyer to act on behalf of PNC Bank, National Association regarding the assignment / sale of the claim. Documentation establishing that the person executing the power of attorney is authorized to do so. Current authorization is by Ruby Altizer. She cannot notarize her own document. It must be done by a disinterested party.

- Current government ID for Brian Dilks with only the last 4 digits of the ID and the month and date of birth can be redacted.

- 
- Legible copy of supporting documents establishing the final address of record of the original creditor as it appears on the records of this Court.

- Notarized acknowledgment of the purchase agreement and general assignment and a copy of the assignment with notarized signatures from Aristole Eddings, Brian Dilks and Larry W. Stockmyer

Please provide these documents by November 21, 2014.

**Please send the above items to the following address:**

U.S. Bankruptcy Court
Attn: Deneen Nunn
350 South Main Street, Room 301
Salt Lake City, Utah 84101

If you have any questions, please call me at 801-524-6682.

Sincerely yours,

Deneen Nunn
Financial Department